IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUE STARK ADAMS; DAVID EDGE and MARY JO GORE; | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. CV-_____ |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, a corporation; WOODBURY FINANCIAL SERVICES, INC., a corporation; and CHARLES E. ATWELL, an individual | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### SPECIAL APPEARANCE – JOINDER AND CONSENT TO REMOVAL

Defendant Charles E. Atwell ("Atwell") hereby makes a special appearance for the sole purpose of joining in and consenting to the removal of this action to the United States District Court for the Northern District of Alabama, Southern Division. In so doing, Atwell does not waive and specifically preserves the defense of lack of personal jurisdiction, all affirmative defenses, as well as other defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Respectfully submitted by,

_____
Charles E. Atwell

01386107.1